Liebowitz Law Firm, PLLC
Attorneys for the Photographic Arts
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

January 18, 2018

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Staubitser v. Associated Newspapers (U.S.A.) Limited (1:17-cv-9248-GHW)***

Dear Judge Woods

We represent Plaintiff, Jim Staubitser, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final Notice of Dismissal by such time.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Jim Staubitser*